IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIE LOPEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:20-CV-820-RP |
| | § | |
| TAC ACCEPTANCE GROUP, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant TAC Acceptance Group, LLC's ("TAC") Motion to Dismiss and Compel Arbitration (the "Motion"). (Dkt. 13). Plaintiff Julia Lopez ("Lopez") filed a Notice of Non-Opposition ("Notice"). (Dkt. 16). In her Notice, Lopez states that she does not object to arbitration of her claims against TAC. (*Id.* at 1). However, pursuant to Section 3 of the Federal Arbitration Act, Lopez asks that this Court stay proceedings rather than dismiss her claims against TAC. (*Id.*). The Federal Arbitration Act provides that a federal court should stay a civil action upon finding that an issue is referrable to arbitration. 9 U.S.C. § 3. The Court therefore finds that a stay is appropriate in this case.

For these reasons, **IT IS ORDERED** that TAC's Motion to Dismiss and Compel Arbitration, (Dkt. 13), is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Lopez's claims against TAC are **STAYED** pending arbitration.

1

**IT IS FINALLY ORDERED** that the parties shall file a joint status report detailing the status of the arbitration proceedings on **February 5, 2021**, and every **120 days** thereafter.

**SIGNED** on November 5, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE